IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| FRANK EMANUEL MICHAEL, ANDRE PRICE and LARRY MAURICE BANKS | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:05cv127WSu |
| THE CLARION LEDGER, INC., and MARIE MILLS, in her individual and official capacity as Legal Advertising Manager | DEFENDANTS |

## ORDER OF DISMISSAL

On January 11, 2006, this court entered a show cause order requiring a response from plaintiffs by January 23, 2006. Plaintiffs have failed to respond to the show cause order. Accordingly, it is hereby ordered that this action is dismissed for failure to prosecute.

SO ORDERED AND ADJUDGED, this the 27th day of February, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE